EXHIBIT 4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2010-01288 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| V. Katherine Aird | (650) 375-0919 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1048 Balboa Avenue, Burlingame, CA 94010 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| MERRIL LYNCH & CO. | 500 or More | (800) 637-7455 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 4 World Trade Financial Center,  250 Vessey Street,  New York, NY 10080 | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
05-06-2010

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

(See attached).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| Date | Charging Party Signature | |
|---|---|---|

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA | |
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ■ EEOC | |

Department of Fair Housing and Employment and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| Ms. V. Katherine Aird | | Home (650) 375-0919 |

| STREET ADDRESS ZIP CODE: | CITY, STATE AND | DATE OF BIRTH |
|---|---|---|
| 1048 Balboa Ave. Burlingame, California 94010 | | 12/30/52 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (if more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Merrill Lynch | Cat. D (500+) | (800) 637-7455 |

| STREET ADDRESS ZIP CODE: | CITY, STATE AND | COUNTY |
|---|---|---|
| 4 World Financial Center, 250 Vesey St. New York, New York 10080 | | New York |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| | EARLIEST          LATEST |
| | 2006  — Present |

☐ RACE   ☐ COLOR   ■ SEX   ☐          ■ CONTINUING ACTION

. RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☐

DISABILITY   ☐ OTHER (*specify*)

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

**I.      Overview of Allegations**

1.      This sex discrimination charge is filed on behalf of myself, V. Katherine Aird, and all others similarly situated. Like other female employees of Merrill Lynch, I have been harmed by a continuing pattern and practice or policy of sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

**II.     Work History**

2.      I was hired as a Financial Adviser by Merrill Lynch in March, 2006. I am still employed by Merrill Lynch as a Financial Adviser in its office in San Mateo, California.

| ■  I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY  - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

## V. Katherine Aird
Charge of Discrimination

The Particulars Are (continued):

**III.     Claims**

    3.  Compensation and Promotion:  I believe that I have been denied compensation and extra bonuses made available to similarly-situated male employees.

    Merrill Lynch has routinely distributed business opportunities -- including accounts from departing and retiring brokers; referrals, leads, and potential clients; and more advantageous partnerships with other brokers -- to male Financial Advisers rather than to female Financial Advisers.  As a result of the inequitable and discriminatory distribution of accounts and partnerships, female Financial Advisers have diminished income potential and diminished actual income as compared to similarly-situated male employees.

    For example, about two and a half months ago, another Financial Advisor, referring to a male Financial Advisor with approximately the same length of employment and same assets under management as me, asked me, "Why are they protecting him and not you?"  At the time I was not sure what he meant, but about two weeks ago I learned from a former Merrill Lynch broker that this male Financial Advisor had obtained an advantageous partnership with a high producer.  The former broker told me that "he has someone to protect him," and that this is the way things work at Merrill Lynch.  I also believe that I have not received a fair share of accounts from departing brokers, as compared with similarly-situated male Financial Advisors.

    By denying account distributions and partnership opportunities to me that were made available to similarly-situated male Financial Advisers, Merrill Lynch has also denied me promotions, extra bonuses, and stock options, which are awarded based on a Financial Adviser's level of compensation.

**IV.     Class Claims**

    4.  It is my understanding and belief that Merrill Lynch has engaged in a continuing pattern or practice of discrimination against female Financial Advisers with respect to compensation, business allocation, and other terms and conditions of employment in the San Mateo office and at other Merrill Lynch facilities.

    5.  I would like this charge filed with the EEOC and the Department of Fair Employment and Housing.  I swear under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing
is true and correct.

SIGNATURE OF COMPLAINANT

5-1-2010
*J. Katherine Aird*
Date
Charging Party (signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS
DATE
(Day, month, and year)

STATE OF CALIFORNIA – State and Consumer Services Agency                                    ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ 4800 Stockdale Hwy., Suite 215
**H** Bakersfield, CA 93309
(661) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
**C** Fresno, CA 93710
(559) 244-4760

☐ 1055 West Seventh Street,
**R/S** Suite 1400
Los Angeles, CA 90017
(213) 439-6799

☐ 1515 Clay Street, Suite 701
**M** Oakland, CA 94612
(510) 622-2941

☐ Sacramento District Office
**E** 2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
(916) 478-7230

☐ 1350 Front Street, Suite 1063
**D** San Diego, CA 92101
(619) 645-2681

☒ San Francisco District Office
**A** 1515 Clay Street, Suite 701
Oakland, CA 94612
(510) 622-2973

☐ 2570 North First Street, Suite 480
**G** San Jose, CA 95131
(408) 325-0344

☐ 2101 East Fourth Street, Suite 255-B
**K** Santa Ana, CA 92705
(714) 558-4266

Date:        May 14, 2010

Case Name:   V. KATHERINE AIRD vs.
             MERRILL LYNCH & CO

EEOC No:     550-2010-01288

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember:  This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

*Jennyfarm*

JENNIFER L. HARLAN
Deputy Director, Employment

DFEH-200-02 (09/09)

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2010-01592 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Katherine V. Aird** | **(650) 375-0919** | **12-30-1952** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1048 Balboa Avenue, Burlingame, CA 94010** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **BANK OF AMERICA MERRILL LYNCH** | **500 or More** | **(800) 637-7455** |

| Street Address | City, State and ZIP Code |
|---|---|
| **4 World Financial Center,  250 Vessey Street,  New York, NY 10080** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest          Latest<br>**06-28-2010**<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**See attached**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| _____     _____<br>Date                    *Charging Party Signature* | |

| CHARGE OF RETALIATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | |

| Department of Fair Housing and Employment and EEOC | |
|---|---|
| *State or local Agency, if any* | |

| NAME (indicate Mr., Ms or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ms. V. Katherine Aird | Home (650) 375-0919 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 1048 Balboa Ave.      Burlingame, California 94010 | 12/30/52 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Bank of America Merrill Lynch | Cat. D (500+) | (800) 637-7455 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 4 World Financial Center, 250 Vesey St. New York, New York 10080 | New York |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>■ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(specify)* | EARLIEST      LATEST<br>5/3/10        present<br>■ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

1.   On May 3, 2010, my attorneys submitted a Charge of Discrimination to the EEOC on my behalf, alleging class allegations of sex discrimination against female employees of Merrill Lynch with respect to compensation and promotions, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq.

2.   I believe that Bank of America Merrill Lynch has retaliated against me for filing the above-referenced Charge of Discrimination.

3.   On June 7, 2010, I received an email from my Resident Director requesting that I meet with him, his manager, and someone from Compliance the next day.

4.   On June 8, 2010, I met with my Resident Director, the Director of Menlo Park Complex, and the Vice President/Administrative Manager for an in-person meeting. The tone of the meeting was very adversarial, and the managers were terse in speaking with me. They warned me that if I did not bring in a certain number of assets, they could terminate me at the end of the month. They told me that I was expected to bring in 2 new clients per month, 10 new prospects per month, 5 new meetings per week, and $500,000 in new assets per month.

5.   I believe that the in-person meeting and the unrealistic expectations were in retaliation for me filing a Charge of Discrimination with the EEOC, and that I am being set up to be terminated.

| ■  I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 6/24/2010      *V. Katherine Aird*<br>Date               Charging Party (signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

8830891

STATE OF CALIFORNIA – State and Consumer Services Agency

ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐  4800 Stockdale Hwy., Suite 215
Bakersfield, CA 93309
(661) 395-2729
**H**

☐  1320 E. Shaw Avenue, Suite 150
Fresno, CA 93710
(559) 244-4760
**C**

☐  1055 West Seventh Street,
Suite 1400
Los Angeles, CA 90017
(213) 439-6799
**R/S**

☐  1515 Clay Street, Suite 701
Oakland, CA 94612
(510) 622-2941
**M**

☒  Sacramento District Office
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
(916) 478-7230
**E**

☐  1350 Front Street, Suite 1063
San Diego, CA 92101
(619) 645-2681
**D**

☐  San Francisco District Office
1515 Clay Street, Suite 701
Oakland, CA 94612
(510) 622-2973
**A**

☐  2570 North First Street, Suite 480
San Jose, CA 95131
(408) 325-0344
**G**

☐  2101 East Fourth Street, Suite 255-B
Santa Ana, CA 92705
(714) 558-4266
**K**

Date :          JUNE 30, 2010

Case Name:      KATHERINE V. AIRD vs. BANK OF
                AMERICA MERRILL LYBNCH

EEOC No:        550-2010-01592

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

<u>No response to the DFEH is required by the respondent</u>.

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

<u>Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court</u>.

Sincerely,

JENNIFER L. HARLAN
Deputy Director, Employment

DFEH-200-02 (09/09)