# EXHIBIT 6

## CONSENT TO SUE FORM
### Consent to sue under the Equal Pay Act

I am a female Financial Advisor who works or worked for Bank of America Corporation, Merrill Lynch & Co., Inc., and/or Merrill Lynch, Pierce, Fenner & Smith, Inc. at any time between August 2, 2007 and the present.

I choose to participate in the Equal Pay Act collective action titled *Calibuso v. Bank of America Corp, et al.*, pending in the United States District Court for the Eastern District of New York, to recover unpaid wages under the federal Equal Pay Act, 29 U.S.C. §§ 206(d) and 216(b), and other relief under state and federal law.

I choose to be represented in this matter by the Representative Plaintiffs and the law firms (Lieff, Cabraser, Heimann & Bernstein, LLP, and Outten & Golden LLP) in this action.

Print Name: Judy Calibuso

Signature: /s/

Date Signed: 8/2/2010

887341.1

## CONSENT TO SUE FORM
### Consent to sue under the Equal Pay Act

I am a female Financial Advisor who works or worked for Bank of America Corporation, Merrill Lynch & Co., Inc., and/or Merrill Lynch, Pierce, Fenner & Smith, Inc. at any time between August 2, 2007 and the present.

I choose to participate in the Equal Pay Act collective action titled *Calibuso v. Bank of America Corp, et al.*, pending in the United States District Court for the Eastern District of New York, to recover unpaid wages under the federal Equal Pay Act, 29 U.S.C. §§ 206(d) and 216(b), and other relief under state and federal law.

I choose to be represented in this matter by the Representative Plaintiffs and the law firms (Lieff, Cabraser, Heimann & Bernstein, LLP, and Outten & Golden LLP) in this action.

Print Name: Dianne Goedkel

Signature: Dianne Goedkel

Date Signed: 8/2/10

887341.1

TOTAL P.002

## CONSENT TO SUE FORM
### Consent to sue under the Equal Pay Act

I am a female Financial Advisor who works or worked for Bank of America Corporation, Merrill Lynch & Co., Inc., and/or Merrill Lynch, Pierce, Fenner & Smith, Inc. at any time between August 2, 2007 and the present.

I choose to participate in the Equal Pay Act collective action titled *Calibuso v. Bank of America Corp, et al.*, pending in the United States District Court for the Eastern District of New York, to recover unpaid wages under the federal Equal Pay Act, 29 U.S.C. §§ 206(d) and 216(b), and other relief under state and federal law.

I choose to be represented in this matter by the Representative Plaintiffs and the law firms (Lieff, Cabraser, Heimann & Bernstein, LLP, and Outten & Golden LLP) in this action.

Print Name: Julie K. Moss

Signature: *[signed]* Julie K. Moss

Date Signed: 2 Aug 2010

887341.1

## CONSENT TO SUE FORM
### Consent to sue under the Equal Pay Act

I am a female Financial Advisor who works or worked for Bank of America Corporation, Merrill Lynch & Co., Inc., and/or Merrill Lynch, Pierce, Fenner & Smith, Inc. at any time between August 2, 2007 and the present.

I choose to participate in the Equal Pay Act collective action titled *Calibuso v. Bank of America Corp, et al.*, pending in the United States District Court for the Eastern District of New York, to recover unpaid wages under the federal Equal Pay Act, 29 U.S.C. §§ 206(d) and 216(b), and other relief under state and federal law.

I choose to be represented in this matter by the Representative Plaintiffs and the law firms (Lieff, Cabraser, Heimann & Bernstein, LLP, and Outten & Golden LLP) in this action.

Print Name: V. Katherine Aird

Signature: V. Katherine Aird

## CONSENT TO SUE FORM
### Consent to sue under the Equal Pay Act

I am a female Financial Advisor who works or worked for Bank of America Corporation, Merrill Lynch & Co., Inc., and/or Merrill Lynch, Pierce, Fenner & Smith, Inc. at any time between August 2, 2007 and the present.

I choose to participate in the Equal Pay Act collective action titled *Calibuso v. Bank of America Corp, et al.*, pending in the United States District Court for the Eastern District of New York, to recover unpaid wages under the federal Equal Pay Act, 29 U.S.C. §§ 206(d) and 216(b), and other relief under state and federal law.

I choose to be represented in this matter by the Representative Plaintiffs and the law firms (Lieff, Cabraser, Heimann & Bernstein, LLP, and Outten & Golden LLP) in this action.

Print Name: Jean Evans

Signature: [signature]

Date Signed: 8-2-10

887341.1