# EXHIBIT 5

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | |

### New Jersey Division on Civil Rights and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ms. Mary DeSalvatore | REDACTED |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| REDACTED | | |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Bank of America Corp.<br>Merrill Lynch & Co., Inc.<br>Merrill Lynch, Pierce, Fenner & Smith, Inc. | Over 14,000 | (212) 449-1000 |

| STREET ADDRESS      CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC 28255<br>4 World Financial Center, 250 Vesey Street, New York, NY 10080<br>4 World Financial Center, 250 Vesey Street, New York, NY 10080 | Mecklenburg County<br>New York County<br>New York County |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ■ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br><br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (specify) | EARLIEST            LATEST<br>2006              present<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

Please see attached statement.

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| ■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 3/8/11    *[signature]* Mary DeSalvatore<br>Charging Party (signature) | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br>*[signature]* Mary DeSalvatore<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) 8th, March, 2011<br><br>*[signature]*<br>Shirley T. Randolph<br>Notary Public, State of New Jersey<br>My Commission Expires September 4, 2013 |

Mary DeSalvatore
Charge of Discrimination

The Particulars Are:

## I.  OVERVIEW OF ALLEGATIONS

1.  This sex discrimination charge is filed on behalf of myself, Mary DeSalvatore, and others similarly situated.  Like other female Financial Advisors ("FAs") at Bank of America Corp. ("BofA"), Merrill Lynch & Co., Inc. ("ML"), and Merrill Lynch, Pierce, Fenner & Smith, Inc. ("MLPF&S") (together with ML, "Merrill") (collectively, "Respondents"), I have been harmed by a continuing policy, pattern or practice of sex discrimination with respect to account distribution, compensation, and other terms and conditions of employment in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq., as well as the New Jersey Law Against Discrimination, N.J.S.A. § 10:5-1 et seq.

## II.  WORK HISTORY

2.  In approximately March 2006, I joined Merrill as a Client Associate in the Red Bank, New Jersey branch.  (I had previously worked for Merrill as a Client Associate in Athens, Georgia, from 1999 to 2005.)  A few months later, I joined Merrill's Paths of Achievement ("POA") program as an FA.   In approximately December 2008, I graduated from the POA program.

3.  BofA acquired Merrill in January 2009.

## III.  CLAIMS

Account Distribution and Compensation

4.  I believe that Respondents have denied me and other female FAs business opportunities and compensation that they have made available to similarly situated male employees.

5.  Pursuant to company-wide policies, Respondents have routinely distributed business opportunities, including accounts from departing and retiring brokers, referrals, leads, potential clients, and more advantageous partnerships, to male FAs rather than to female FAs.  As a result of the inequitable and discriminatory distribution of accounts and account prospects, female FAs including myself have diminished income potential and diminished actual income as compared to similarly situated male FAs.

6.  Respondents also have manipulated the metrics of their grid compensation systems, like length of service, to favor male FAs.

7.  After BofA acquired Merrill in January 2009, both Merrill and BofA continued to discriminate against me and other similarly situated female FAs in the allocation

of business opportunities, including accounts; compensation; and other terms and conditions of employment and the application of the grid compensation system.

## IV.   CLASS CLAIMS

6.    It is my understanding and belief that Respondents have engaged in a continuing pattern or practice of discrimination against female FAs with respect to business opportunities, compensation, and other terms and conditions of employment.

7.    I would like this charge filed with the EEOC and the New Jersey Division on Civil Rights.  I swear under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief.

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  **Mary DeSalvatore** <br> REDACTED | From:   **Newark Area Office** <br> **1 Newark Center** <br> **21st Floor** <br> **Newark, NJ 07102** |

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **524-2011-00527** | **Amparo  Soto,** <br> **Enforcement Supervisor** | **(973) 645-6021** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):**  You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Judy A. Keenan,**
**Acting Director**

SEP **1 6** 2011

*(Date Mailed)*

CC:
**Doris Warpole**
**Advice & Counsel**
**BANK OF AMERICA CORPORATION**
**NC1-026-02-50**
**900 West Trade Street, 2nd Fl.**
**Charlotte, NC 28255**

**Mariko Hirose**
**Outten & Golden**
**3 Park Avenue, 29th Floor**
**New York, NY 10016**

Enclosure with EEOC
Form 161-B (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office.  If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months of this Notice.**  (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*