**OUTTEN & GOLDEN LLP**
Adam T. Klein
Cara E. Greene
Mariko Hirose
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:   (212) 977-4005

**LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP**
Kelly M. Dermody, *admitted pro hac vice*
Heather H. Wong, *admitted pro hac vice*
Alison M. Stocking, *admitted pro hac vice*
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

**LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP**
Rachel Geman
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDY CALIBUSO, JULIE MOSS, DIANNE GOEDTEL, JEAN EVANS, and MARY DESALVATORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION; MERRILL LYNCH & CO., INC.; and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br><br>Defendants. | 10 Civ. 1413 (JFB) (ETB)<br><br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO MOTION TO DISMISS AND/OR STRIKE CLASS CLAIMS IN PLAINTIFFS' THIRD AMENDED COMPLAINT** |

970470.1

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit as supplemental authority the March 27, 2012 Order denying the petition for rehearing *en banc* in the matter of *McReynolds v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, No. 11-3639, a true and correct copy of which is attached hereto as Exhibit A.

Dated: March 28, 2012                                       Respectfully submitted,

By:   */s/ Rachel Geman*
         Rachel Geman


LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Rachel Geman
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Kelly M. Dermody, *admitted pro hac vice*
Heather H. Wong, *admitted pro hac vice*
Alison M. Stocking, *admitted pro hac vice*
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

OUTTEN & GOLDEN LLP
Adam T. Klein
Cara E. Greene
Mariko Hirose
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:   (212) 977-4005

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Rachel Geman, under penalties of perjury, certify the following as true and correct: I am not a party to this action, and I am over 18 years of age. On this 28th day of March, 2012, pursuant to Local Civil Rule 5.2, I served a true and correct copy of Plaintiffs' Notice of Supplemental Authority, by causing same to be filed electronically with this Court by using the ECF system. All counsel in this action are registered ECF users.

Executed this 28th day of March, 2012 at New York, New York.

*/s/ Rachel Geman*
Rachel Geman

# EXHIBIT A

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 27, 2012

*Before*

RICHARD A. POSNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No.  11-3639 | |
| GEORGE McREYNOLDS, *et al.*, on behalf of themselves and all others similarly situated,<br>    *Plaintiffs-Appellants*,<br><br>    *v.*<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 05 C 6583<br><br>Robert W. Gettleman, *Judge.* |

**O R D E R**

     On March 9, 2012, defendant-appellee filed a petition for rehearing *en banc*. All the judges on the original panel have voted to deny the petition, and none of the judges in regular active service has requested a vote on the petition for rehearing *en banc*.\* The petition is therefore **DENIED**.

\* Circuit Judge Joel M. Flaum did not participate in the consideration of this petition for rehearing.