# EXHIBIT A

## List of Opt-Outs

| NAME | | | | | |
|---|---|---|---|---|---|
| 1. | Adams, Shelley | 16. | Heckman, Julie | 31. | Mullin, Mary |
| 2. | Astle, Joanne | 17. | Heckman, Wendy | 32. | Nguyen, Nancy |
| 3. | Bentz, Sharon | 18. | Hernandez, Maria | 33. | Nickels, Shannon |
| 4. | Bowden, Carrie | 19. | Hudson, Sara | 34. | Palombo, Susan |
| 5. | Conway, Helene | 20. | Karns, Maria | 35. | Pearson, Lauren |
| 6. | Cornette, Cindy | 21. | Ketchum, Susan | 36. | Posey, Julie |
| 7. | Craane, Janine | 22. | Kirby, Margaret | 37. | Reich, Robin |
| 8. | Craane, Valery | 23. | Kuo, Julia | 38. | Rosfelder, Kathleen |
| 9. | Cuddy Al-Gailani, Sarah | 24. | Larsen, Katherine | 39. | Schwartz, Fern |
| 10. | De Marco, Edythe M. | 25. | Liberatos, Irene | 40. | Sillerud, Nora Anderson |
| 11. | Dinsmore, Susan | 26. | Loy, Rhonda | 41. | Spilly-Shahinian, Karen |
| 12. | Eastom, Rebecca | 27. | Lueken, Laura | 42. | True, Rebecca |
| 13. | Gleason, Barbara | 28. | Manasco, Dawn | 43. | Wharton, Catherine |
| 14. | Golden, Leslie | 29. | Miller, Elizabeth | 44. | Wise, Pamela |
| 15. | Grimm, Donna McKenzie | 30. | Mitchell, Kimberly | | |